# In The United States Court of Federal Claims

No. 11-344C

(Filed: July 26, 2011)

MODERN IMAGING SOLUTIONS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference will be held in this case on Wednesday, August 3, 2011, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge