# In The United States Court of Federal Claims

No. 11-344C

(Filed: August 9, 2011)

_____

MODERN IMAGING SOLUTIONS, INC.,

           Plaintiff,

  v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

     On August 4, 2011, plaintiff filed an unopposed motion to voluntarily dismiss, without prejudice, its complaint. The motion is hereby **GRANTED**. The Clerk is directed to dismiss plaintiff's complaint without prejudice. Should, following a valid decision or deemed denial, plaintiff decide to file a complaint in this court, the Clerk shall assign that case to this judge. No filing fee shall be imposed on that filing.

     **IT IS SO ORDERED.**

                                                       s/ Francis M. Allegra
                                                       Francis M. Allegra
                                                       Judge